UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEREK RUIZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-25-154-J |
| ) | |
| WARDEN CARTER, ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Petitioner, a federal inmate appearing pro se, filed a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 challenging five disciplinary convictions. [Doc. No. 1]. The matter was referred to United States Magistrate Judge Amanda L. Maxfield for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B), (C). Thereafter, Respondent filed a motion to dismiss [Doc. No. 9] to which Petitioner responded. [Doc. No. 10]. Judge Maxfield issued a Report and Recommendation recommending the Court grant the motion to dismiss. [Doc. No. 11]. Petitioner's objection deadline was February 6, 2026. *See id.*

Unfortunately, Petitioner did not receive the Report and Recommendation because he is no longer at the same facility and has not updated his address with the Court. [Doc. No. 12]. This despite the Court sending him a Change of Address form when he initiated the case. *See* Staff Notes dated February 4, 2025. It is Petitioner's responsibility to update his contact information, and thus his inability to receive the Report and Recommendation does not alter the outcome in this case. *See Theede v. U.S. Dep't of Labor*, 172 F.3d 1262 (10th Cir. 1999) (holding that plaintiff waived his right to appellate review because he failed to timely object to the report and recommendation, despite not receiving the document, because he "fail[ed] to direct the district court's attention to [his] change of address").

Finding no timely objection, the Court concludes that Petitioner has waived his right to appellate review of the factual and legal issues addressed in the Report and Recommendation. *See id.*; *see also Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010). Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 11], GRANTS Respondent's motion to dismiss [Doc. No. 9], and DISMISSES the Petition [Doc. No. 1] without prejudice.

A separate judgment will issue.

IT IS SO ORDERED this 13th day of February, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE